IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-6156 |
| | : | |
| **AISHA ASHA BRADLEY**, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of December, 2024, upon consideration of Defendant Aisha Asha Bradley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Notice of Removal (ECF No. 2), Motion to Appoint Counsel (ECF No. 4), Motion for ECF Filing (ECF No. 7), Request to Add Defendant List (ECF No. 8), Motion to Correct the Record (ECF No. 9), Writ of Certiorari (ECF No. 10), Motion to Supplement the Writ (ECF No. 11), Motion to be Excused from Presenting the Court and Other Parties with Original Copies (ECF No. 12), Motion for Service (ECF No. 13), Motions to Reconsider and Vacate the Court's November 21, 2021 Order (ECF Nos. 14, 19), Motion to Enter Exhibits on USB Flash Drive to Docket (ECF No. 19), Motion for Service (ECF No. 17), and Motion for Recusal (ECF No. 18), it is **ORDERED** as follows:

1. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction.

2. The Motion for Recusal (ECF No. 18) and the Motions to Reconsider and Vacate the Court's November 21, 2021 Order (ECF Nos. 14, 19) are **DENIED**.

3. The Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Motion to Appoint Counsel (ECF No. 4), Motion for ECF Filing (ECF No. 7), Request to Add Defendant List (ECF No. 8), Motion to Correct the Record (ECF No. 9), Writ of Certiorari (ECF No. 10),

Motion to Supplement the Writ (ECF No. 11), Motion to be Excused from Presenting the Court and Other Parties with Original Copies (ECF No. 12), Motion for Service (ECF No. 13), Motion to Enter Exhibits on USB Flash Drive to Docket (ECF No. 17), and Motion for Service (ECF No. 20), are **DENIED AS MOOT**.

4.       The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5.       The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**